

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00011-CR

Justin Brent **CROWE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR3855
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED March 12, 2025.

_____
Adrian A. Spears II, Justice